# IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT MEYERHOFF, INDIVIDUALLY AND AS A MANAGER OF INTERMOUNTAIN TRAFFIC, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

FREDERICK L. ROUSH, INDIVIDUALLY AND DIREVATIVELY ON BEHALF OF INTERMOUNTAIN TRAFFIC, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND INTERMOUNTAIN TRAFFIC, LLC, A NEVADA LIMITED LIABILITY COMPANY

Respondents.

No. 78035

**FILED**

JUL 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. David A. Hardy, District Judge
Madelyn Shipman, Settlement Judge
Alex Flangas Law
McDonald Carano LLP/Reno
Washoe District Court Clerk

19-28929